GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ROONEY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>AUSTIN ROONEY,<br><br>  Defendant. | Case No.: 2:18-cr-00398-APG-NJK<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>(THIRD REQUEST) |

*Certification:*  This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Truntanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq, counsel for AUSTIN ROONEY (ROONEY), that the sentencing hearing currently scheduled for December 8, 2020, at 3:00 p.m., be vacated and continued to a date and time convenient to this court, but no event earlier than THIRTY (30) days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. ROONEY is on pretrial release, employed full time, and does not oppose this continuance.

2. The parties agree to the continuance.

3. Defense counsel requests the additional time to complete gathering supporting documents and letters in support of the defense sentencing memorandum to be filed in this case.

4. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.

5. This is the third request for a continuance of the sentencing date in this case.

DATED this 3rd day of December, 2020.

RESPECTFULLY SUBMITTED BY:

| */s/ Kevin D. Schiff* | */s/ Gabriel L. Grasso* |
|---|---|
| KEVIN D. SCHIFF | GABRIEL L. GRASSO |
| Assistant United States Attorney | Attorney for ROONEY |

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ROONEY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AUSTIN ROONEY,<br><br>    Defendant. | Case No.: 2:18-cr-00398-APG-NJK<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>(THIRD REQUEST) |

**FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Defense counsel requests the additional time to complete gathering supporting documents and letters in support of the defense sentencing memorandum to be filed in this case

2. ROONEY is on pretrial release and does not oppose to the continuance.

3. The parties agree to the continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.

3

**ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for December 8, 2020, at 3:00 p.m., be vacated and continued to January 14, 2021, at the hour of 1:00 p.m. in courtroom 6C.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __December 3, 2020_____

4